**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Donald James KONSHUK,**
**Defendant–Appellant.**

No. 09–30393.

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.*

Filed July 22, 2010.

Tara Elliott, Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Robert Henry Branom, Jr., Assistant Federal Public Defender, Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Donald James Konshuk appeals from the 175–month sentence imposed following

his guilty-plea conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Konshuk contends that the district court procedurally erred at sentencing by failing to provide individualized reasons for imposing the sentence or address the non-frivolous arguments in support of a lower sentence. He further contends that the sentence is substantively unreasonable. The record reflects that the district court did not procedurally err, and that, in light of the totality of the circumstances, the sentence is substantively reasonable. *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

